UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DENNIS GEIVETT,                          )
                                         )
        Plaintiff(s),                    )
                                         )
    v.                                   )      No. 4:24-CV-00987-SRW
                                         )
AMC MANAGEMENT, LLC, et al.,             )
                                         )
        Defendant(s).                    )
                                         )

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office

**Option 1**

The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

**Option 2**

An ADR conference was held on: ___June 12, 2026___.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:

_____.

The ADR referral was concluded on ___June 12, 2026___.
The parties [X did ☐ did not] achieve a settlement. ***Check one***

**Option 3**

Although this case was referred to ADR, a conference WAS NOT HELD.

Date: __6-12-26__         Neutral: __W Dudley McCarter__

MCCARTER, W. DUDLEY
Signature                    862-3800